IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRY L. MEIER,

    Plaintiff,

v.

ERIK K. SHINSEKI, *et al*.

    Defendants.

No. C 13-00189 WHA

**ORDER CONTINUING HEARING**

In this FTCA action, defendants move to dismiss plaintiff's complaint. Plaintiff, who is proceeding pro se, previously filed a motion to disqualify the undersigned judge. Plaintiff's motion was referred to Judge Jon S. Tigar (Dkt. No. 19) and is set for hearing before Judge Tigar on April 25, 2013. In light of plaintiff's pending motion, the hearing on defendants' motion to dismiss will be **CONTINUED** to **8:00 A.M., MAY 9, 2013.** In addition, the case management conference is also **MOVED** to May 9, 2013, at 8:00 a.m.

**IT IS SO ORDERED.**

Dated: April 22, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE