IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRY L. MEIER,

    Plaintiff,

  v.

ERIK K. SHINSEKI, Secretary of Veterans Affairs, E. DOUGLAS BRADSHAW, VA Assistant General Counsel, SUZANNE C. WILL, VA Regional Counsel for Region 18, SHEILA M. CULLEN, Director of VA Sierra Pacific Network (VISN 21), BRIAN J. O'NEILL, Director of VA Northern California Health Care System, SHANNON CASTON, VA NCHCS Privacy and FOIA Officer, and UNITED STATES OF AMERICA,

    Defendants.

No. C 13-00189 WHA

**ORDER DISMISSING ACTION**

By order dated May 9, defendant's motion to dismiss plaintiff's complaint was granted. The order provided that plaintiff could file a motion to obtain leave to amend his complaint and would have until May 30 to file such a motion, appending a proposed amended complaint. The order further stated that if such motion was not filed by the deadline, this case would be closed. The deadline has come and gone and no motion has been filed. Plaintiff Terry Meier has also filed a letter stating that he "will stand on the original" complaint and requesting the Court enter judgment to allow plaintiff to appeal (Dkt. No. 44).

Accordingly, the time for seeking leave to amend having passed, the action is hereby **DISMISSED**. Judgment will be entered by separate order. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 13, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California